IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| FELECIA S. GARRETT | ) | Judge A. Benjamin Goldgar |
| | ) | |
| DEBTOR. | ) | CASE NO. 11-15966 |

NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on March 6, 2013, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached FINAL MOTION TO EXTEND TIME TO FILE THIRD AMENDED PLAN AND DISCLOSURE STATEMENT, will be heard before the Honorable Judge A. Benjamin Goldgar, Bankruptcy Judge at 219 S. Dearborn, Room 642, Chicago, Illinois, or before any other bankruptcy Judge sitting in his stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Bach Law Offices**
**Paul M. Bach**
**Penelope N. Bach**
**PO Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808**

### CERTIFICATE OF SERVICE

I, Paul M. Bach, an attorney, on oath, certify that I served a copy of the above **Notice**, together with the attached **Motion and all Attachments**, by First Class US Mail postage prepaid on all parties on the attached service list on February 25, 2013

/s/ Paul M. Bach

Service List

**Felecia S Garrett**
5104 Tomcin Trail
Oak Lawn, IL 60453

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

| | |
|---|---|
| **Bank of America**<br>475 CrossPoint Parkway<br>P.O. Box 9000<br>Getzville, NY 14068-9000 | (17134528)<br>(cr) |
| **Bank of America**<br>Attn: Bankruptcy NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27410 | (17134529)<br>(cr) |
| **Bank of America - Home Loans**<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | (17134530)<br>(cr) |
| **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84130 | (17134531)<br>(cr) |
| **Chase**<br>900 Stewart Avenue<br>Garden City, NY 11530 | (17134533)<br>(cr) |
| **Chase**<br>PO Box 15298<br>Wilmington, DE 19850 | (17134532)<br>(cr) |
| **Chase**<br>201 N Walnut Street<br>Mailstop DE1-1027<br>Wilmington, DE 19801 | (17134534)<br>(cr) |
| **Chase**<br>Attn: Bankruptcy Department<br>PO Box 100018<br>Kennesaw, GA 30156 | (17134535)<br>(cr) |

**Citi Cards**  
1500 Boltonfield Street  
Columbus, OH 43228  
(17134536)  
(cr)

**CitiCards**  
Box 6000  
The Lakes, NV 89163-6000  
(17134537)  
(cr)

**Codilis and Assoc.**  
15W030 N. Frontage Rd, Suite 100  
Willowbrook, IL 60527  
(17134538)  
(cr)

**Cook County Treasurer**  
**118 N. Clark**  
**Chiago, IL 60602**  
(17134539)  
(cr)

**EMC Mortgage**  
PO Box 293150  
Lewisville, TX 75029  
(17134540)  
(cr)

**First Source Adavantage**  
205 Bryant Woods South  
Buffalo, NY 14228  
(17134541)  
(cr)

**FirstSource Advantage LLC**  
P.O. Box 628  
Buffalo, NY 14240-0628  
(17134542)  
(cr)

**GMAC Mortgage**  
3451 Hammond Ave  
PO Box 780  
Waterloo, IA 50704-0780  
(17134543)  
(cr)

**GMAC Mortgage**  
P.O. Box 9001719  
Louisville, KY 40290  
(17134544)  
(cr)

**GMAC Mortgage**  
6716 Grade Lane  
Building 9 Suite 910  
Louisville, KY 40213  
(17134546)  
(cr)

**GMAC Mortgage**  
Attn Customer Care  
P.O. Box 4622  
Waterloo, IA 50704-4622  
(17134545)  
(cr)

**Internal Revenue Service**  
Mail Stop 5010 CHI  
(17134547)  
(cr)

230 S. Dearborn Street
Chicago IL 60604-0000

**JP Morgan Chase**
Mail Code ILK1-0169
131 South Dearborn St
Chicago, IL 60603

(17134548)
(cr)

**Western Sites, LLC**
6325 N. AVONDALE AVE STE C-2 •
Chicago, IL 60631

(17134549)
(cr)

**Pierce and Assoc.**
1 North Dearborn, Suite 1300
Chicago, IL 60602

(17134550)
(cr)

**Roger & Holland**
PO Box 879
Matteson, IL 60443

(17134551)
(cr)

**Wells Fargo**
PO Box 14411
Des Moines, IA 50306

(17134552)
(cr)

**Wells Fargo Bank, N.A. as Trustee**
Attn: Bankruptcy Department
P.O. Box 10035
Des Moines, IA 50306

(17134553)
(cr)

**Western Sites, LLC**
c/o GREG R. BINGHAM
6325 N AVONDALE AVE C-2
Chicago, IL 60631

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| FELECIA S. GARRETT | ) | Judge A. Benjamin Goldgar |
| | ) | |
| DEBTOR. | ) | CASE NO. 11-15966 |

**MOTION TO EXTEND TIME TO FILE THIRD AMENDED PLAN AND DISCLOSURE STATEMENT**

NOW COMES the debtor, FELECIA S. GARRETT, by and through her attorneys Paul M. Bach and Penelope N. Bach of BACH LAW OFFICES and hereby requests an Order of this Court Extending the time to File the Third Amended Plan and Disclosure Statement and in support thereof state the following:

1. This case was filed under Chapter 11 on April 14, 2011. The debtors remain Debtors in Possession, and no trustee or examiner has been appointed, nor has any committee.

2. In the last several months the Debtor and Wells Fargo Bank, N.A. had been attempting to resolve how Wells Fargo Bank, N.A. was to be treated in the Chapter 11 Plan. To that end it was the belief of the Debtor that Wells Fargo Bank, N.A. had represented to the Court that an 11 USC 1111(b) election would not be made in this case. Wells Fargo Bank, N.A. and the Debtor had also jointly represented to the Court that if the Court would resolve the pending Federal Rule of Bankruptcy Procedure 3012 by the Debtor (Docket Number 133) that would Confirmation issues to be resolved between the Debtor and Wells Fargo Bank, N.A. as the interest rate and length of payments had been agreed by the Debtor and Wells Fargo Bank, N.A.

3. After this Court had ruled on the Federal Rule of Bankruptcy Procedure 3012 Motion Wells Fargo Bank, N.A. on November 29, 2012 informed the Debtor that Wells Fargo Bank is now considering filing an 11 USC 1111(b) election. This disclosure to the Debtor only occurred when the Debtor had inquired of Plan language to Wells Fargo Bank, N.A. as the Plan and Disclosure Statement were due the following day on November 30, 2012.

4. Faced with a new pending disagreement, the undersigned determined that it would be impractical and a waste of Court time and Debtor funds to file a Third Amended Plan and Disclosure Statement before the parties had additional discussions and perhaps additional motion practice based on the above described events.

5. Debtor has ordered the transcripts from all court hearing regarding the above dispute with Wells Fargo Bank, NA. Debtor is still waiting on a couple transcripts in order to complete the amended plan and file any pertinent motion.

WHEREFORE, the Debtor respectfully requests this honorable Court grant their Motion and extend time to file a Plan and Disclosure Statement through and including March 6, 2013 and for any further relief this court deems just.

Respectively Submitted,
FELECIA S. GARRETT

By: /s/ Paul M. Bach

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065
(847) 564-0808