IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FELECIA S. GARRETT, | ) | 11 B 15966 |
| Debtor and Debtor in | ) | Hon. A. Benjamin Goldgar |
| Possession | ) | |

## ORDER APPROVING SIXTH AMENDED DISCLOSURE STATEMENT (DOCKET 203) AND CONFIRMING SIXTH AMENDED PLAN OF REORGANIZATION (DOCKET 202)

WHEREAS, A Sixth Amended Disclosure Statement (Docket 203) under Chapter 11 of the Bankruptcy Code having been filed by the Debtor referring to a Sixth Amended Plan of Reorganization (Docket 202) filed under Chapter 11 of the Code; and

WHEREAS, The Sixth Amended Disclosure Statement (Docket 203) and the Sixth Amended Plan of Reorganization (Docket 202) were transmitted to all creditors entitled to notice; and

WHEREAS, The Court having held a hearing on October 9, 2013 on whether the Sixth Amended Disclosure Statement contains adequate information as required by the Bankruptcy Code;

It having been determined after hearing on notice that the requirements for confirmation for the Sixth Amended Plan of Reorganization set forth in 11 USC 1129 have been satisfied;

IT IS HEREBY ORDERED:

1. The Sixth Amended Disclosure Statement (Docket 203) filed is found to contain adequate information for creditors as required by 11 USC Section 1125;

2.  The Sixth Amended Plan of Reorganization (Docket 202) along with the Plan Amendment as to Class 1E is confirmed.

Date:  October 9, 2013

Enter:

_____
United States Bankruptcy Judge

Paul M. Bach
Penelope N. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808
Attorney No. 06209530