IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| FELECIA S. GARRETT | ) | Judge A. Benjamin Goldgar |
| | ) | |
| DEBTOR. | ) | CASE NO. 11-15966 |

NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on December 30, 2013, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached MOTION FOR ENTRY OF FINAL DECREE, will be heard before the Honorable Judge A. Benjamin Goldgar, Bankruptcy Judge at 219 S. Dearborn, Room 642, Chicago, Illinois, or before any other bankruptcy Judge sitting in his stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Bach Law Offices**
Paul M. Bach
Penelope N. Bach
PO Box 1285
Northbrook, IL 60065
(847) 564-0808

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| FELECIA S. GARRETT | ) | Judge A. Benjamin Goldgar |
| | ) | |
| DEBTOR. | ) | CASE NO. 11-15966 |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Reorganized Debtor, **FELECIA S. GARRETT.** by her attorneys PAUL M. BACH and PENELOPE N. BACH of BACH LAW OFFICES, and ask this Honorable Court to enter a Final Decree closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 and/or reopening this case to enter a Discharge.  In support thereof, the Reorganized Debtor states as follows:

1. On April 14, 2011, the Debtor1 filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On October 9, 2013, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Sixth Amended Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4. Debtor's requests that this Court enter a final decree closing this Chapter 11 case.  The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

5. The Reorganized Debtor requests that this Court waive the Court's fee imposed by the Clerk of the Bankruptcy Court for the reopening of this Case (as well as any fees of the United States Trustee) when reopening this case for the purpose of obtaining a discharge by the Reorganized Debtor.

WHEREFORE, the Reorganized Debtor, **FELECIA S. GARRETT**, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, Waiving the Court's Reopening Fee and United States Trustee Fees as requested in this Motion and for such other relief as is just and equitable.

                Respectively Submitted,
                FELECIA S. GARRETT

                By: /s/ Paul M. Bach

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065
(847) 564-0808