UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>FELECIA S. GARRETT<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-15966<br><br>Chapter: 11<br>Honorable A. Benjamin Goldgar |

**FINAL ORDER ALLOWING COMPENSATION FOR REPRESENTATION
OF CHAPTER 11 DEBTOR**

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

$22,850.00     for legal services through December 23, 2013

$   516.00     for reimbursable expenses through December 23, 2013.

$23,866.00     total fees and reimbursement


$23,866.00     balance allowed under this order.


Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 30 DEC 2013

**Prepared by counsel of Movant:**

Paul M. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, IL 60065

Rev: 20101008_bko