IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| FELECIA S. GARRETT | ) | Judge A. Benjamin Goldgar |
| | ) | |
| DEBTOR. | ) | CASE NO. 11-15966 |

NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on March 24, 2014 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached MOTION FOR ENTRY OF FINAL DECREE, will be heard before the Honorable Judge A. Benjamin Goldgar, Bankruptcy Judge at 219 S. Dearborn, Room 642, Chicago, Illinois, or before any other bankruptcy Judge sitting in his stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

Bach Law Offices
Paul M. Bach
Penelope N. Bach
PO Box 1285
Northbrook, IL 60065
(847) 564-0808

**CERTIFICATE OF SERVICE**

I, Penelope N. Bach, an attorney, on oath, certify that I served a copy of the above **Notice**, together with the attached **Motion and all Attachments**, by First Class US Mail postage prepaid on all parties on the attached service list on March 17, 2013.

/s/ Penelope N. Bach

## Service List

**Felecia S Garrett**
5104 Tomcin Trail
Oak Lawn, IL 60453

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

| | |
|---|---|
| **Bank of America**<br>475 CrossPoint Parkway<br>P.O. Box 9000<br>Getzville, NY 14068-9000 | (17134528)<br>(cr) |
| **Bank of America**<br>Attn: Bankruptcy NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27410 | (17134529)<br>(cr) |
| **Bank of America - Home Loans**<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | (17134530)<br>(cr) |
| **Capital One**<br>PO Box 30285<br>Salt Lake City, UT 84130 | (17134531)<br>(cr) |
| **Chase**<br>900 Stewart Avenue<br>Garden City, NY 11530 | (17134533)<br>(cr) |
| **Chase**<br>PO Box 15298<br>Wilmington, DE 19850 | (17134532)<br>(cr) |
| **Chase**<br>201 N Walnut Street<br>Mailstop DE1-1027<br>Wilmington, DE 19801 | (17134534)<br>(cr) |
| **Chase**<br>Attn: Bankruptcy Department<br>PO Box 100018<br>Kennesaw, GA 30156 | (17134535)<br>(cr) |
| **Citi Cards**<br>1500 Boltonfield Street<br>Columbus, OH 43228 | (17134536)<br>(cr) |
| **CitiCards**<br>Box 6000<br>The Lakes, NV 89163-6000 | (17134537)<br>(cr) |
| **Codilis and Assoc.**<br>15W030 N. Frontage Rd, Suite 100<br>Willowbrook, IL 60527 | (17134538)<br>(cr) |

**Cook County Treasurer**
**118 N. Clark**      (17134539)
**Chiago, IL 60602**      (cr)

**EMC Mortgage**      (17134540)
PO Box 293150      (cr)
Lewisville, TX 75029

**First Source Adavantage**      (17134541)
205 Bryant Woods South      (cr)
Buffalo, NY 14228

**FirstSource Advantage LLC**      (17134542)
P.O. Box 628      (cr)
Buffalo, NY 14240-0628

**GMAC Mortgage**
3451 Hammond Ave      (17134543)
PO Box 780      (cr)
Waterloo, IA 50704-0780

**GMAC Mortgage**      (17134544)
P.O. Box 9001719      (cr)
Louisville, KY 40290

**GMAC Mortgage**
6716 Grade Lane      (17134546)
Building 9 Suite 910      (cr)
Louisville, KY 40213

**GMAC Mortgage**
Attn Customer Care      (17134545)
P.O. Box 4622      (cr)
Waterloo, IA 50704-4622

**Internal Revenue Service**
Mail Stop 5010 CHI      (17134547)
230 S. Dearborn Street      (cr)
Chicago IL 60604-0000

**JP Morgan Chase**
Mail Code ILK1-0169      (17134548)
131 South Dearborn St      (cr)
Chicago, IL 60603

**Western Sites, LLC**      (17134549)
6325 N. AVONDALE AVE STE C-2•      (cr)
Chicago, IL 60631

**Pierce and Assoc.**      (17134550)
1 North Dearborn, Suite 1300      (cr)
Chicago, IL 60602

**Roger & Holland**      (17134551)
PO Box 879      (cr)
Matteson, IL 60443

**Wells Fargo**      (17134552)
PO Box 14411      (cr)
Des Moines, IA 50306

**Wells Fargo Bank, N.A. as Trustee**      (17134553)

Attn: Bankruptcy Department           (cr)
P.O. Box 10035
Des Moines, IA 50306

**Western Sites, LLC**
c/o GREG R. BINGHAM
6325 N AVONDALE AVE C-2
Chicago, IL 60631

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| FELECIA S. GARRETT | ) | Judge A. Benjamin Goldgar |
| | ) | |
| DEBTOR. | ) | CASE NO. 11-15966 |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Reorganized Debtor, **FELECIA S. GARRETT.** by her attorneys PAUL M. BACH and PENELOPE N. BACH of BACH LAW OFFICES, and ask this Honorable Court to enter a Final Decree closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 and/or reopening this case to enter a Discharge.  In support thereof, the Reorganized Debtor states as follows:

1. On April 14, 2011, the Debtor1 filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On October 9, 2013, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Sixth Amended Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4. Debtor's requests that this Court enter a final decree closing this Chapter 11 case.  The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

5. The Reorganized Debtor requests that this Court waive the Court's fee imposed by the Clerk of the Bankruptcy Court for the reopening of this Case (as well as any fees of the United States Trustee) when reopening this case for the purpose of obtaining a discharge by the Reorganized Debtor.

WHEREFORE, the Reorganized Debtor, **FELECIA S. GARRETT**, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, Waiving the Court's Reopening Fee and United States Trustee Fees as requested in this Motion and for such other relief as is just and equitable.

        Respectively Submitted,
        FELECIA S. GARRETT

        By: /s/ Paul M. Bach

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065
(847) 564-0808