UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:    )    BK No.:    11-15966
FELIECIA S. GARRETT    )
    )
    )    Chapter:  11
    )
    )    Honorable A. Benjamin Goldgar
    )
    )
    Debtor(s)    )

# FINAL DECREE

This matter coming to be heard upon the motion of FELECIA S. GARRETT, the Reorganized Debtor, for entry of a Final Decree; proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. Subject to the provisions of this Final Decree and the Plan confirmed by this Court on October 9, 2013 this Chapter 11 case is closed.

2. ~~This Court expressly reserves jurisdiction for all matters pending before this Court, entering a final discharge, all fee petitions, those matters enumerated in Article VI of the Plan and such other matters as this Court deems appropriate.~~

3. The Court expressly waives the Court's fee imposed by the Clerk of the Bankruptcy Court for the reopening of this Case (as well as any fees of the United States Trustee) when reopening this case for ~~the purpose of obtaining a discharge by the Reorganized Debtor.~~

Enter:

Dated: 02 JUN 2014

United States Bankruptcy Judge

**Prepared by:**
Paul M. Bach Penelope N. Bach BACH LAW OFFICES
P.O. Box 1285 Northbrook, IL 60065  847 564 0808
847 564 0808

Rev: 20130104_bko